KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 15 2013

January 14, 2013

VIA HAND DELIVERY

Honorable Katherine B. Forrest, United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 730
New York, New York 10007

RECEIVED
JAN 15 2013
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y

Re:  *Starwood Hotels & Resorts Worldwide, Inc., et al. v. PM Hotel Associates, L.P., et al.*, 13 Civ. 38

Dear Judge Forrest:

We represent Defendants PM Hotel Associates, L.P. and Parker Palm Springs LLC (together "Parker" or "Defendants") in the above-referenced action filed Tuesday, January 2, 2013 by plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc., and Preferred Guest, Inc. (together "Starwood" or "Plaintiffs"). We write on behalf of all parties to respectfully request a modified briefing schedule for Defendants' response to the complaint.

The current due date for Defendants' response is Thursday, January 31, 2013. The parties request that this date be changed to Tuesday, February 26, 2013, that Plaintiff's opposition to any motion to dismiss would be due Tuesday, March 19, 2013, and that Defendants' reply would be due Friday, March 29, 2013. This is the parties' first request for an extension.

The parties respectfully request this schedule to provide time to fully brief a motion to dismiss the complaint.

Respectfully,

Marc E. Kasowitz

cc:  Noah M. Weissman, Esq. (*counsel for Plaintiffs*) (*via electronic mail*)
     Steven M. Stimell, Esq. (*counsel for Plaintiffs*) (*via electronic mail*)

Ordered

Schedule as set forth herein accepted.

1/15/13

K. B. Forrest
USDJ