UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – x
                                       :

STARWOOD HOTELS & RESORTS       :
WORLDWIDE, INC., STARWOOD (M)   :
INTERNATIONAL, INC., and PREFERRED  :     13 Civ. 38 (KF)
GUEST, INC.                                  :
                         Plaintiffs,      :     **Notice of Appearance**
                                         :

               - against -            :
                                         :

PM HOTEL ASSOCIATES, L.P. and PARKER  :
PALM SPRINGS LLC,                   :
                                         :

                       Defendants.   :

– – – – – – – – – – – – – – – – – – – – – – – – – – – x

PLEASE TAKE NOTICE that Marc E. Kasowitz of Kasowitz, Benson, Torres & Friedman

LLP, hereby appears in the above-captioned action as counsel to Defendants, certifies that he is

admitted to practice in this court, and further requests that copies of all papers in this action be

served on the undersigned at the address below.

Dated:       January 18, 2013
            New York, New York

                           **KASOWITZ, BENSON,**
                               **TORRES & FRIEDMAN LLP**

                       By:_____
                           Marc E. Kasowitz (mkasowitz@kasowitz.com)

                           1633 Broadway
                           New York, New York 10019
                           Tel. (212) 506-1700
                           Fax (212) 506-1800

                           *Attorney for Defendants*