UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                    :
STARWOOD HOTELS & RESORTS           :
WORLDWIDE, INC., STARWOOD (M)       :
INTERNATIONAL, INC., and PREFERRED  :   13 Civ. 38 (KF)
GUEST, INC.                         :
                                    :
                Plaintiffs,         :   **Rule 7.1 Corporate**
                                    :   <u>**Disclosure Statement**</u>
        - against -                 :
                                    :
PM HOTEL ASSOCIATES, L.P. and PARKER :
PALM SPRINGS LLC,                   :
                                    :
                Defendants.         :
------------------------------ x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that Parker Palm Springs II, LLC owns 100% of defendant Parker Palm Springs LLC.

Dated:  January 18, 2013
     New York, New York

        **KASOWITZ, BENSON,**
         **TORRES & FRIEDMAN LLP**

        By: _____
         Marc E. Kasowitz  (mkasowitz@kasowitz.com)
         Daniel J. Fetterman (dfetterman@kasowitz.com)
         Christian T. Becker  (cbecker@kasowitz.com)

        1633 Broadway
        New York, New York 10019
        Tel. (212) 506-1700
        Fax (212) 506-1800

      *Attorneys for Defendants*