UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                            :
STARWOOD HOTELS & RESORTS                   :
WORLDWIDE, INC., STARWOOD (M)               :
INTERNATIONAL, INC., and PREFERRED          :   13 Civ. 38 (KF)
GUEST, INC.                                 :
                          Plaintiffs,       :   **Rule 7.1 Corporate**
                                            :   **<u>Disclosure Statement</u>**
        - against -                         :
                                            :
PM HOTEL ASSOCIATES, L.P. and PARKER        :
PALM SPRINGS LLC,                           :
                                            :
                          Defendants.       :
------------------------------ x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that no parent corporation or publicly held corporation owns 10% or more of the stock of defendant PM Hotel Associates, L.P.

Dated:      January 18, 2013
            New York, New York

                        **KASOWITZ, BENSON,**
                           **TORRES & FRIEDMAN LLP**

                        By: _____
                            Marc E. Kasowitz  (mkasowitz@kasowitz.com)
                            Daniel J. Fetterman (dfetterman@kasowitz.com)
                            Christian T. Becker  (cbecker@kasowitz.com)

                        1633 Broadway
                        New York, New York 10019
                        Tel. (212) 506-1700
                        Fax (212) 506-1800

                        *Attorneys for Defendants*