UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – x

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., STARWOOD (M)
INTERNATIONAL, INC., and PREFERRED
GUEST, INC.

                               Plaintiffs,

                 - against -

PM HOTEL ASSOCIATES, L.P. and PARKER
PALM SPRINGS LLC,

                          Defendants.

– – – – – – – – – – – – – – – – – – – – – – – – – – x

:   13 Civ. 38 (KF)

:   **Notice of Appearance**

         PLEASE TAKE NOTICE that Daniel J. Fetterman of Kasowitz, Benson, Torres & Friedman

LLP, hereby appears in the above-captioned action as counsel to Defendants, certifies that he is

admitted to practice in this court, and further requests that copies of all papers in this action be

served on the undersigned at the address below.

Dated:        January 18, 2013
                New York, New York

                         **KASOWITZ, BENSON,**
                             **TORRES & FRIEDMAN LLP**

                   By: _____
                     Daniel J. Fetterman (dfetterman@kasowitz.com)

                   1633 Broadway
                   New York, New York 10019
                   Tel. (212) 506-1934
                   Fax (212) 500-3434

                   *Attorney for Defendants*