UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — — — x

|  |  |  |
|---|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC., and PREFERRED GUEST, INC. | : : : : : | 13 Civ. 38 (KF) |
| Plaintiffs, | : | **Notice of Appearance** |
|  | : |  |
| - against - | : : |  |
| PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC, | : : : : |  |
| Defendants. | : |  |

— — — — — — — — — — — — — — — — — — — — — — — — — x

PLEASE TAKE NOTICE that Christian T. Becker of Kasowitz, Benson, Torres & Friedman

LLP, hereby appears in the above-captioned action as counsel to Defendants, certifies that he is

admitted to practice in this court, and further requests that copies of all papers in this action be

served on the undersigned at the address below.

Dated:          January 18, 2013
               New York, New York

KASOWITZ, BENSON,
     TORRES & FRIEDMAN LLP

By:  _____

Christian T. Becker  (cbecker@kasowitz.com)

1633 Broadway
New York, New York 10019
Tel. (212) 506-1932
Fax (212) 500-3432

*Attorney for Defendants*