UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
STARWOOD HOTELS & RESORTS :
WORLDWIDE, INC., STARWOOD (M) :
INTERNATIONAL, INC., and PREFERRED : 13 CV 38 (KF)
GUEST, INC. :
:
                     Plaintiffs, : **Acknowledgment of Service**
: **of Summons and Complaint**
    - against - :
:
PM HOTEL ASSOCIATES, L.P. and PARKER :
PALM SPRINGS LLC, :
:
                     Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The undersigned, counsel for the defendants in the above-captioned action, represents that he is authorized to accept service and hereby accepts service of the Summons and Complaint in the above-captioned action on behalf of all defendants, effective January 10, 2013.

Dated:      January 10, 2013
               New York, New York

                                       **KASOWITZ, BENSON,**
                                       **TORRES & FRIEDMAN LLP**

                                         By: _____
                                            Marc E. Kasowitz  (mkasowitz@kasowitz.com)
                                            Daniel J. Fetterman  (dfetterman@kasowitz.com)
                                            Christian T. Becker  (cbecker@kasowitz.com)

                                       1633 Broadway
                                       New York, New York 10019
                                       Tel. (212) 506-1700
                                       Fax (212) 506-1800
                                     *Attorneys for Defendants*