UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., STARWOOD (M)
INTERNATIONAL, INC. and PREFERRED
GUEST, INC.,

                Plaintiffs,

                - vs. -

PM HOTEL ASSOCIATES, L.P. and PARKER
PALM SPRINGS LLC,

                Defendants.
------------------------------------x

Case No. 13 CV 38 (KBF) (JLC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Ronald Joshua Bliss of Bryan Cave LLP hereby appears as counsel for Plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc., and Preferred Guest, Inc., and requests electronic notification of all filings. Ronald Joshua Bliss certifies that he is admitted to practice in this court.

Dated: New York, New York
       February 25, 2013

                            **BRYAN CAVE LLP**

                        By: ___s/ Ronald Joshua Bliss_____
                             Ronald Joshua Bliss
                      ronald.bliss@bryancave.com
                      1290 Avenue of the Americas
                      New York, New York 10104
                      Telephone:  (212) 541-2000
                      Facsimile:  (212) 541-4630

*Attorneys for Plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc., and Preferred Guest, Inc.*

1717549.1