Marc E. Kasowitz (mkasowitz@kasowitz.com)
Daniel R. Benson (dbenson@kasowitz.com)
Daniel J. Fetterman (dfetterman@kasowitz.com)
Christian T. Becker (cbecker@kasowitz.com)

KASOWITZ, BENSON,
    TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1700

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------ x

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC., an d PREFERRED GUEST, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC,<br><br>Defendants. | 13 Civ. 38 (KBF) (JLC)<br><br>**NOTICE OF**<br>**<u>MOTION TO DISMISS</u>** |

------------------------------ x

    PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of Christian T. Becker, both dated February 26, 2013, defendants PM Hotel Associates, L.P. and Parker Palm Springs LLC, by and through their undersigned attorneys, hereby move this Court, before the Honorable Katherine B. Forrest, United States District Court for the Southern District of New York, at Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order dismissing the complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  The motion shall be heard on a date and at a time directed by the Court.

Dated: New York, New York
       February 26, 2013

                              KASOWITZ, BENSON
                              TORRES & FRIEDMAN LLP

                              By:    /s/ Marc E. Kasowitz
                                  Marc E. Kasowitz (mkasowitz@kasowitz.com)
                                  Daniel R. Benson (dbenson@kasowitz.com)
                                  Daniel J. Fetterman (dfetterman@kasowitz.com)
                                  Christian T. Becker (cbecker@kasowitz.com)

                              1633 Broadway
                              New York, New York 10019
                              Tel. (212) 506-1700
                              *Attorneys for Defendants*

To:     Noah M. Weissman (NMWeissman@bryancave.com)
          Steven M. Stimell (SMStimell@bryancave.com)

          BRYAN CAVE LLP
          1290 Avenue of the Americas
          New York, New York 10104
          Tel. (212) 541-2000
          *Attorneys for Plaintiffs*