

Noah Weissman
Voice: 212-541-2028
Fax:: 212-541-1428
nmweissman@bryancave.com

January 27, 2012

**FEDERAL EXPRESS**

Mr. Adam Glick
President
The Jack Parker Corporation
1700 Broadway
New York, NY 10019

Re:   <u>Le Parker Meridien New York</u>

Dear Mr. Glick:

This firm represents Starwood Hotels & Resorts Worldwide, Inc. and its affiliates (collectively, "Starwood") in connection with the referenced hotel (the "Hotel"). We write to you on Starwood's behalf as a follow up to the telephone messages left for you by Mark Vondrasek of Starwood.

Mr. Vondrasek contacted you to alert you that Starwood has uncovered evidence that raises serious concerns regarding possible misconduct by high-level Hotel personnel. Such misconduct may include what appears to be a scheme to falsify reservation data to extract higher reimbursement payments from Starwood's SPG program.

Given the personnel at the Hotel who may be involved, Starwood does not believe that the initial best course of action would be to initiate immediately a regular audit of the Hotel's books and records. Instead, we are reaching out to you in hopes of working directly with your outside counsel to establish appropriate processes and procedures to audit the relevant data and conduct an investigation into Starwood's concerns.

Starwood believes that by putting us in touch with your counsel at the outset, we can avoid the unnecessary costs and delays that can accompany a more adversarial approach to this type of investigation. We would be happy to speak with your designated counsel to discuss the basis for Starwood's concerns and formulate a plan for how best to proceed. If this is acceptable, we would ask that you forward this letter to your counsel and ask them to contact me directly.

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Bryan Cave Offices
Atlanta
Charlotte
Chicago
Dallas
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
Milan
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

C062189/0328633/1658454.4

Mr. Adam Glick
January 27, 2012
Page 2

Finally, on behalf of Starwood, we must put the Hotel and any of your entities affiliated with the Hotel on notice not to destroy, conceal, or alter any paper or electronic files and other data generated by and/or stored on any computers, databases and storage media (e.g., hard disks, floppy disks, backup tapes, PDAs, DVDs, CDs, among other media), or any other electronic data, including email and voice mail, concerning the Hotel's participation in Starwood's SPG program, reimbursement payments to the Hotel from SPG, all reservations relating to the Hotel's calculation of SPG reimbursement payments, including without limitation all reservation and stay data (including a complete copy of all data in the Hotel's property management system and any related back-ups), occupancy, rate, revenue and any other data relating to the calculation of SPG reimbursement payments to the Hotel. This obligation requires the preservation and non-destruction of all passwords, decryption procedures (including, if necessary, the software to decrypt the files), network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things necessary to access, view and (if necessary) reconstruct relevant electronic data. This obligation also may require the override of normal document management policies and protocols and to prevent overwriting or reusing original data. The failure to comply with this notice may result in the imposition of severe sanctions by a court of competent jurisdiction for spoliation of evidence or potential evidence.

In addition, we ask that you keep this matter confidential and do not share this information with Hotel personnel or anyone involved in the management of the Hotel as we work to establish the protocol for advancing this investigation.

This letter is written without waiving or prejudicing any of Starwood's rights and remedies at law, in equity, and under contract, all of which are expressly reserved.

Very truly yours,

Noah Weissman

cc: Kenneth Siegel, Chief Administrative Officer & General Counsel

C062189/0328633/1658454.4