

Steven M. Stimell
Voice: 212-541-2042
Fax:  212-541-1442
smstimell@bryancave.com

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

February 27, 2012

**VIA EMAIL AND FEDERAL EXPRESS**

Marc E. Kasowitz, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, New York  10019

Daniel J. Fetterman, Esq.
Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, New York  10019

Re:  Le Parker Méridien Palm Springs

Gentlemen:

As we have been discussing with you, Starwood Hotels & Resorts Worldwide, Inc. and its affiliates (collectively, "Starwood") has concerns that the SPG reimbursement scheme at the Le Parker Méridien New York was also being perpetrated at the Le Parker Méridien Palm Springs.  Please be advised that Starwood recently received an Ethics Point complaint alleging that certain employees at that hotel have been engaged for several years in an ongoing similar scheme to falsify occupancy levels in order to extract higher reimbursement payments from the SPG program.  The complaint specially identifies Lynne Dibley, the hotel's HR Director, as being involved in the scheme, as well the Front Office Manager, Assistant Front Office Manager, Night Audit and Reservations employees.

Starwood will continue its investigation into these allegations and we are assuming that you will do the same.  To the extent your team has not yet preserved all relevant data at Le Parker Méridien Palm Springs, it is imperative that steps be taken to do so immediately.  Please confirm that.

This letter is written without waiving or prejudicing any of Starwood's rights and remedies at law, in equity, and under agreement, all of which are expressly reserved.  Please be further advised that any failure or delay by Starwood to notice any default or exercise any rights under any applicable agreement shall not be

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY
www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

C062189/0328633/1663212.1

Marc E. Kasowitz, Esq.
Daniel J. Fetterman, Esq.
February 27, 2012
Page 2

Bryan Cave LLP

deemed a waiver of any defaults by your client or any rights of Starwood under any agreement or applicable law.

Very truly yours,

*Steven M. Stimell /cfo*

Steven M. Stimell
SMS:cfo

cc:   Noah M. Weissman, Esq.