UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x
                                     :

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC., and PREFERRED GUEST, INC. | : |
| Plaintiffs, | :    13 Civ. 38 (KBF) (JLC) |
| | : |
| - against - | : |
| | : |
| PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC, | : |
| | : |
| Defendants. | : |

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

## SUPPLEMENTAL DECLARATION OF CHRISTIAN T. BECKER IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

CHRISTIAN T. BECKER, pursuant to 28 U.S.C. § 1746, declares:

1.     I am an attorney associated with Kasowitz, Benson, Torres & Friedman LLP, counsel for defendants PM HOTEL ASSOCIATES, L.P. ("PMH") and PARKER PALM SPRINGS LLC ("PPS" and, together with PMH, "Parker") in this action.  I submit this supplemental declaration in further support of Parker's motion to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

2.     Annexed hereto as Exhibit 1 is a true and correct copy of an October 19, 2012 draft settlement agreement between PMH, PPS and plaintiff Starwood (M) International, Inc. Defendants redacted portions of this draft settlement agreement pursuant to Fed. R. Civ. P. 408.

Dated: New York, New York
       March 29, 2013

                                         Christian T. Becker, Esq.
                                         (cbecker@kasowitz.com)