```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
STARWOOD HOTELS & RESORTS       :
WORLDWIDE ET AL.,               :
                                :       13-CV-38 (KBF)
           Plaintiff(s),        :
     -v-                        :       ORDER
                                :
                                :
PM HOTEL ASSOCIATES, L.P. AND   :
PARKER PALM SPRINGS LLP,        :
                                :
           Defendant(s).     X
------------------------------------------------------------

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at **11:30 a.m., April 18, 2013**.  In actions where not all parties have appeared through counsel via ECF, all counsel in receipt of the order scheduling the IPTC shall, forthwith, notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of the order scheduling the IPTC and with a copy the Court's Individual Practices in Civil Cases. Counsel shall file proof of such service with the Court.

2. At least **four business days prior** to the IPTC, the parties shall jointly submit a proposed schedule.

      3. Counsel shall consult the Court's Individual Practices in Civil Cases (available at http://www.nysd.uscourts.gov/judge/Forrest) and comply with all other requirements for the IPTC.  <u>See</u> Rule 4.B.

SO ORDERED:

Dated:     New York, New York
             April 2, 2013

_____
      KATHERINE B. FORREST
      United States District Judge