# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

April 5, 2013

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 05 2013**

APR 05

U.S. DISTRICT JUDGE
S.D.N.Y.

**BY HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Re:    *Starwood Hotels & Resorts Worldwide, Inc., et al. v.*
       *PM Hotel Associates, L.P., et al.*, Case No. 13 Civ. 38

Dear Judge Forrest:

I represent defendants PM Hotel Associates, L.P. and Parker Palm Springs LLC (the "defendants") in the above-referenced matter. I write to respectfully request a brief adjournment of the initial pretrial conference ("IPTC") to Monday April 29 at 10:00 a.m. The IPTC was scheduled on April 18 at 11:30 a.m. by the Court's order dated April 2, 2013 (docket no. 18).

I respectfully request this adjournment because I am lead counsel for defendants and have a pre-existing travel commitment on April 18. We have conferred with opposing counsel who does not object to this request and also is available on April 29 at 10:00 a.m. This is the first request for an adjournment of the IPTC.

Respectfully,

*Marc E. Kasowitz*

Marc E. Kasowitz

cc:    Counsel of Record (*via electronic mail*)

Ordered

Conference adjourned to 4/29/13 at 10 am.

*K. B. Forrest*

**HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE**     4/5/13