```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 10 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., STARWOOD (M)
INTERNATIONAL, INC., and PREFERRED
GUEST, INC.

         Plaintiffs,

   - against -

PM HOTEL ASSOCIATES, L.P. and PARKER
PALM SPRINGS LLC,

         Defendants.

------------------------------------- x

13 Civ. 38 (KBF) (JLC)

~~[PROPOSED]~~
INTERIM PROTECTIVE ORDER

KATHERINE B. FORREST, District Judge:

  The parties having agreed to the following terms of confidentiality, and the Court having found that good cause exists for issuance of an appropriately-tailored interim confidentiality order governing the submission with Plaintiff's sur-reply of confidential, proprietary business information or information that would potentially embarrass defendants' employees, including but not limited to the report of defendants' consultants referenced in plaintiffs' April 4, 2013 letter requesting permission to file a sur-reply (the "Sur-Reply Confidential Information"), and

  The parties having agreed to submit on or before April 23, 2013 an agreed-upon proposed protective order governing pre-trial discovery in this litigation based on one of the Court's model protective orders, and

  The parties having agreed that any Sur-Reply Confidential Information filed pursuant to this interim protective order will be subject to the terms and conditions so-ordered in such subsequent protective order, it is therefore hereby

ORDERED that any Sur-Reply Confidential Information filed in connection with plaintiffs' sur-reply in opposition to defendants' motion to dismiss the complaint shall be filed under seal with the Clerk of the Court in the manner provided by the Court's "Sealed Records Filing Instructions" (available on the Court's website) and by Section 6.A of the Court's Individual Practices.

SO ORDERED:

Dated: New York, New York
       April 10, 2013

                                                KATHERINE B. FORREST
                                                United States District Judge