**Ex. 2**

**Stimell, Steven**

| | |
|---|---|
| From: | Daniel J. Fetterman [DFetterman@kasowitz.com] |
| Sent: | Friday, October 19, 2012 2:19 PM |
| To: | Stimell, Steven; Marc E. Kasowitz |
| Subject: | Re: Parker |

Thanks Steve.


Daniel J. Fetterman
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1934
Fax (212) 500-3434
DFetterman@kasowitz.com

----- Original Message -----
From: Stimell, Steven <SMStimell@bryancave.com>
To: Marc E. Kasowitz; Daniel J. Fetterman
Sent: Fri Oct 19 14:11:22 2012
Subject: Parker

# REDACTED PURSUANT TO

# FED. R. EVID. 408


Please be advised that this settlement is still subject to the approval of Starwood and there is no binding agreement until the Settlement Agreement and the amendments have been fully executed by all parties. Furthermore this email and the attachments are being sent for settlement purposes only and are not admissible in any action or proceeding.

Steven M. Stimell, Esq.
Bryan Cave LLP
1290 Avenue of the Americas

1