USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 4 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
STARWOOD HOTELS & RESORTS :
WORLDWIDE, et al., :
: 13-CV-38 (KBF)
Plaintiffs, :
-v- : ORDER
:
:
PM HOTEL ASSOCIATES, L.P. AND :
PARKER PALM SPRINGS LLP, :
:
Defendants. :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The oral argument and initial pretrial conference scheduled for Monday, April 29, 2013, at 10:00 a.m. shall now be heard on <u>Wednesday, May 1, 2013, at 11:00 a.m.</u>

SO ORDERED:

Dated:     New York, New York
           April 24, 2013

_____
KATHERINE B. FORREST
United States District Judge