

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 5 2013

R. Joshua Bliss
Voice: 212-541-1104
Fax:: 212-541-4630
Ronald.Bliss@bryancave.com

April 24, 2013

**BY HAND**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Re:   Starwood Hotels & Resorts Worldwide, Inc., et al. v.
      PM Hotel Associates, L.P., et al. Index No. 13-cv-38

Dear Judge Forrest:

We represent Plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc. and Preferred Guest, Inc. (collectively "Starwood") in the above-referenced action. Pursuant to the Interim Protective Order (Doc. No. 22), and with the consent of Defendants' counsel, we submit the parties' agreed-upon Proposed Protective Order to be So Ordered by Your Honor. The Proposed Protective Order is based on Your Honor's Model Protective Order 2 and will govern the production and use of confidential discovery material in the above-referenced action.

Very truly yours,

R. Joshua Bliss

Enc.

cc: (*via electronic mail with enclosure*)
Marc E. Kasowitz, Esq. (mkasowitz@kasowitz.com), *attorney for Defendants*
Daniel R. Benson, Esq. (dbenson@kasowitz.com), *attorney for Defendants*
Daniel J. Fetterman, Esq. (dfetterman@kasowitz.com), *attorney for Defendants*
Christian T. Becker, Esq. (cbecker@kasowitz.com), *attorney for Defendants*

**ORDERED**
Post on Docket

_K. B. Forrest_
Katherine B. Forrest, USDJ

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY

www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo