# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

MARC E. KASOWITZ
DIRECT DIAL: 212-506-1710
MKASOWITZ@KASOWITZ.COM

ATLANTA
HOUSTON
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY

April 29, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 9 2013

**BY HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Re: *Starwood Hotels & Resorts Worldwide, Inc., et al. v. PM Hotel Associates, L.P., et al.*, Case No. 13 Civ. 38

Dear Judge Forrest:

We represent defendants PM Hotel Associates, L.P. and Parker Palm Springs, LLC ("defendants"). I am writing in response to the April 26, 2013 letter of Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc., and Preferred Guest, Inc. ("plaintiffs").

Plaintiffs gave defendants no prior notice of the alleged conduct raised for the first time in their April 26 letter and did not request defendants' consent to submit a supplemental declaration. Rather, plaintiffs submitted their letter in violation of Rule I.A. of this Court's Individual Practices, which prohibits "letters to Chambers containing argument or raising substantive disputes between the parties." Defendants oppose and object to plaintiffs' improper request to submit a supplemental declaration that raises new allegations not contained in the complaint and never before brought to defendants' attention. Defendants are prepared to proceed with argument on Wednesday, May 1, 2013, pursuant to the Court's order.

Respectfully,

Marc E. Kasowitz

cc: Counsel of Record (*via electronic mail*)

*Ordered*
Post to docket.

4/29/13   K. B. Forrest
          USDJ