# Supplemental Exhibit

# In Further Support of Plaintiffs' Opposition

# to Defendants' Motion to Dismiss

# Filed Under Seal

*Pursuant to Protective Order dated and filed on*

*April 25, 2013*