

Noah M. Weissman
Direct: 212-541-2028
Fax: 212-541-1484
Noah.Weissman@bryancave.com

April 29, 2013



**BY HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Re:  Starwood Hotels & Resorts Worldwide, Inc., et al. v.
     PM Hotel Associates, L.P., et al. Index No. 13-cv-38

Dear Judge Forrest:

We are counsel to Plaintiffs (collectively, "Starwood"). I write to provide Your Honor with a correction to Plaintiffs' letter to the Court dated April 26, 2013. The date on which Starwood received a telephone call from the whistleblower was Wednesday, April 24, 2013, not April 23, 2013. We apologize for the inadvertent error.

Respectfully submitted,

Noah Weissman

cc: (via email)
Marc E. Kasowitz, Esq. (mkasowitz@kasowitz.com), attorney for Defendants
Daniel J. Fetterman, Esq. (dfetterman@kasowitz.com), attorney for Defendant

ORDERED

Post on Docket

4/30/13

K. B. Forrest
Katherine B. Forrest, USDJ

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Bryan Cave Offices
Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Bryan Cave
International Consulting
A TRADE AND CUSTOMS CONSULTANCY

www.bryancaveconsulting.com
Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

1728292.1\0328633