```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 01 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

STARWOOD HOTELS & RESORTS
WORLDWIDE ET AL.,

          Plaintiff(s),

-v-

PM HOTEL ASSOCIATES, L.P. AND
PARKER PALM SPRINGS LLP,

          Defendant(s).  X
-------------------------------------------------------

13-CV-38 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

For the reasons stated on the record at the May 1, 2013, conference, defendants' motion to dismiss under Fed. RR. Civ. P. 12(b)(1) and 12(b)(6) is GRANTED IN PART and DENIED IN PART. Specifically, the Court denies the motion to dismiss under Rule 12(b)(1); the Court has diversity jurisdiction. It grants the Rule 12(b)(6) motion to dismiss with respect to the third (fraud) and fourth (unjust enrichment) causes of action only. The remaining causes of action – for declaratory judgment (first cause of action) and breach of contract (second cause of action) – shall proceed.

    The Clerk of Court is directed to close the motion at ECF No. 10.

    SO ORDERED:

Dated:    New York, New York
          May 1, 2013

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge