```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 1 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., STARWOOD (M)
INTERNATIONAL, INC. and PREFERRED
GUEST, INC.,

      Plaintiffs,

  - against -

PM HOTEL ASSOCIATES, L.P. and PARKER
PALM SPRINGS LLC,

      Defendants.
------------------------------------X

Case No. 13 CV 38 (KBF) (JLC)

**[PROPOSED]**
**SCHEDULING ORDER**

KATHERINE B. FORREST, District Judge:

  The parties propose the following schedule for this matter:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

2. Close of fact discovery: ~~September 30, 2013.~~ Oct. 25

3. Close of expert discovery: ~~October 25, 2013.~~ Nov. 22

  The parties contemplate experts in this matter for the following subjects: Plaintiffs contemplate expert testimony on damages and forensic accounting issues; Defendants contemplate expert testimony on damages, forensic accounting issues, and the hotel industry.

4. The parties do anticipate making dispositive motions. The contemplated dispositive motions are motions for summary judgment.

  Proposed briefing schedule:
  Opening: ~~October 25, 2013~~ Nov. 22, 2013
  Opp'n: ~~November 22, 2013~~ Dec. 23, 2013
  Reply: ~~December 16, 2013~~ Jan. 6, 2014

5. Trial will be before a jury.

6. The next status conference in this matter is set for  7/26/13 *  at  9 am .

7. All pretrial materials, including the Joint Pretrial Order ("JPTO") are due:_____.

                    * Trial date discussion.

8. The Final Pretrial Conference ("FPTC") in this matter is set for _____ at _____.

9. Trial in this matter shall commence on __2/10/14__. Trial is anticipated to take __1 week__ [~~days~~/weeks].

SO ORDERED:

Dated: New York, New York
~~April~~ May 1, 2013

_____
KATHERINE B. FORREST
United States District Judge

*Revisit trial date at next conf s/c of 3d party discovery.*

2