UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC. and PREFERRED GUEST, INC.,

                Plaintiffs,

- vs. -

PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case No. 13 CV 38 (KBF) (JLC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Caroline L. Chen of Bryan Cave LLP hereby appears as counsel for Plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc., and Preferred Guest, Inc., and requests electronic notification of all filings. Caroline L. Chen certifies that she is admitted to practice in this court.

Dated: New York, New York
        May 2, 2013

                              **BRYAN CAVE LLP**

                              By: ___s/ Caroline L. Chen_____
                              Caroline L. Chen
                              Caroline.Chen@bryancave.com
                              1290 Avenue of the Americas
                              New York, New York 10104
                              Telephone: (212) 541-2000
                              Facsimile: (212) 541-4630

                              *Attorneys for Plaintiffs Starwood Hotels & Resorts*
                              *Worldwide, Inc., Starwood (M) International, Inc.,*
                              *and Preferred Guest, Inc.*