UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC. and PREFERRED GUEST, INC.,

Case No. 13 CV 38 (KBF) (JLC)

Plaintiffs,

- vs. -

PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC,

Defendants.

-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending     ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Caroline Ling-Yu Chen
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is ___4471553___

I am,

☒ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:     New York City Law Department
            FIRM ADDRESS:  100 Church Street, NY NY 10007
            FIRM TELEPHONE NUMBER:   212-788-0303
            FIRM FAX NUMBER:         212-788-0367

1729484.1

NEW FIRM:   FIRM NAME:_____   Bryan Cave LLP_____
            FIRM ADDRESS:____1290 Ave. of the Americas, #33, NY NY 10104___
            FIRM TELEPHONE NUMBER:___212-541-2000_____
            FIRM FAX NUMBER:_____212-541-4630_____

☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

Dated: May 9, 2013

_____
ATTORNEY'S SIGNATURE

1729484.1