

R. Joshua Bliss
Voice: 212-541-1104
Fax:: 212-541-4630
Ronald.Bliss@bryancave.com

May 10, 2013

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 3 2013**

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

BY E-MAIL

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, New York 10007

Bryan Cave Offices

Atlanta
Boulder
Charlotte
Chicago
Colorado Springs
Dallas
Denver
Frankfurt
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
London
Los Angeles
New York
Paris
Phoenix
San Francisco
Shanghai
Singapore
St. Louis
Washington, DC

Re:   Starwood Hotels & Resorts Worldwide, Inc., et al. v.
      PM Hotel Associates, L.P., et al. Index No. 13-cv-38

Dear Judge Forrest:

We represent Plaintiffs in the above-referenced action. With the consent of Defendants' counsel, we write to bring to Your Honor's attention a potential error in the scheduling order entered on May 1, 2013 ("Order"). Your Honor's model scheduling order contemplates a 52 day summary judgment briefing schedule; however, the Order's current summary judgment briefing schedule is just 46 days (November 22, 2013 – January 6, 2013). Accordingly, the parties request that the Order be amended to move the date for reply briefing from January 6, 2014 to January 13, 2014. At this time the parties are not requesting a change to the trial date of February 10, 2014; however, the parties note that at the May 1, 2013 conference Your Honor advised that the trial date will be revisited at the July 26, 2013 conference.

Very truly yours,

R. Joshua Bliss

cc: *(via electronic mail)*

Marc E. Kasowitz, Esq. (mkasowitz@kasowitz.com), *attorney for Defendants*
Daniel J. Fetterman, Esq. (dfetterman@kasowitz.com), *attorney for Defendants*
Christian T. Becker, Esq. (cbecker@kasowitz.com), *attorney for Defendants*

Bryan Cave
International Consulting
*A TRADE AND CUSTOMS CONSULTANCY*
www.bryancaveconsulting.com

Bangkok
Beijing
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

[Handwritten annotation:]
Ordered
Reply on Summary judgment extended to 1/13/14.
5/13/13
/s/ B. Forrest USDJ