IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC. , ET AL. | ) | |
| | ) | |
| USA / Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Case No.:   13 CV 38 |
| | ) | |
| PM HOTEL ASSOCIATES, L.P. , ET AL. | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT

Notice is hereby given that an official transcript of a _proceeding type_ held on _date proceeding held_ has been filed by the court reporter/transcriber in the above-captioned matter.

Redaction responsibilities apply to the attorneys of record or pro se parties, even if the person requesting the transcript is a judge or a member of the public or media.

The parties have seven (7) calendar days from the date of filing of this NOTICE to file with the court any NOTICE OF INTENT TO REQUEST REDACTION of this transcript.  A copy of said NOTICE must also be served on the court reporter.  If no such NOTICE is filed, the transcript may be made remotely electronically available to the public without redaction after ninety (90) calendar days.

This process may only be used to redact the following personal data identifiers: Social-Security numbers; dates of birth; minors' names; and financial account numbers.  See Federal Rule of Civil Procedure 5.2, and Federal Rule of Criminal Procedure 49.1.  Parties wishing to request redaction of other information may proceed by motion.

/s KRISTEN CARANNANTE
Court Reporter

Date: