```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 1 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STARWOOD HOTELS & RESORTS
WORLDWIDE ET AL.,

      Plaintiff(s),

  -v-

PM HOTEL ASSOCIATES, L.P. AND
PARKER PALM SPRINGS LLP,

      Defendant(s).  X
------------------------------------------------------------

13-CV-38 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

  The status conference scheduled for July 26, 2013, is hereby adjourned. In lieu of an in-person conference, not later than <u>July 26, 2013, at 5:00 p.m.</u> the parties shall submit a joint letter updating the Court as to the status of this matter and, specifically, the progress of discovery.

  SO ORDERED:

Dated:  New York, New York
     July 11, 2013

             _____
             KATHERINE B. FORREST
             United States District Judge