```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STARWOOD HOTELS & RESORTS
WORLDWIDE ET AL.,

              Plaintiff(s),

     -v-

PM HOTEL ASSOCIATES, L.P. AND
PARKER PALM SPRINGS LLP,

             Defendant(s).
------------------------------------------------------------X

13-CV-38 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The parties shall participate in a telephonic status conference on <u>Wednesday, July 31, 2013, at 5:10 p.m.</u> to discuss the discovery issues raised in the correspondence of the respective parties dated July 23, 2013. This conference does not affect the submission of any response letters; the parties shall submit their responses not later than Friday, July 26 at close of business. The parties shall call Chambers (212-805-0139) from a single line at the time of the conference.

    SO ORDERED:

Dated:     New York, New York
              July 25, 2013

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge