# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1633 BROADWAY

NEW YORK, NEW YORK 10019-6799

212-506-1700

FACSIMILE: 212-506-1800

DANIEL J. FETTERMAN
212-506-1934

ATLANTA
HOUSTON
NEWARK
SAN FRANCISCO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 30 2013

July 29, 2013

RECEIVED
JUL 29 20[..]
KATHERINE B. FORREST
U.S. DISTRICT JUDGE
S.D.N.Y.

**BY HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Starwood Hotels & Resorts Worldwide, Inc., et al. v.
PM Hotel Assocs., L.P., et al.*, Case No. 13 Civ. 38 (KBF) (JLC)

Dear Judge Forrest:

We represent defendants PM Hotel Associates, L.P. and Parker Palm Springs LLC in this matter. We spoke with your chambers on Friday to request an adjournment of the July 31, 2013 telephone conference to August 6, 2013 at a time specified by the Court, and your law clerk suggested that we write to let your Honor know of all counsel's availability that day. We have spoken to counsel of record for plaintiffs and both parties are available at any time that is convenient for the Court on August 6.

Respectfully,

Daniel J. Fetterman

cc:  Counsel of Record (*via electronic mail*)

---

Ordered

Conference adjourned to 8/6/13 at 5:10 pm.

7/30/13

K. B. Forrest
USDJ