UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC. and PREFERRED GUEST, INC.,

             Plaintiffs,

    - vs. -

PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC,

             Defendants.

----------------------------------------x

Case No. 13 CV 38 (KBF) (JLC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Courtney J. Peterson of Bryan Cave LLP hereby appears as counsel for Plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc. and Preferred Guest, Inc., and requests electronic notification of all filings. Courtney J. Peterson certifies that she is admitted to practice in this court.

Dated: New York, New York
       September 4, 2013

**BRYAN CAVE LLP**

By:    /s/ Courtney J. Peterson
       Courtney J. Peterson
courtney.peterson@bryancave.com
1290 Avenue of the Americas
New York, New York 10104
T: (212) 541-2000
F: (212) 541-4630

*Attorneys for Plaintiffs Starwood Hotels & Resorts Worldwide, Inc., Starwood (M) International, Inc. and Preferred Guest, Inc.*

1750262