```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STARWOOD HOTELS & RESORTS
WORLDWIDE, et al.,

                Plaintiffs,

       -v-

PM HOTEL ASSOCIATES, L.P. AND
PARKER PALM SPRINGS LLP,

                Defendants.
------------------------------------------------------------X

13-CV-38 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Not later than Monday, October 7, 2013, at 5:00 p.m., the parties shall submit a joint letter updating the Court as to the parties' ability to comply with the Court's Scheduling Order of May 1, 2013 given the progress of discovery.

SO ORDERED:

Dated:     New York, New York
              September 10, 2013

                                       _____
                                       KATHERINE B. FORREST
                                       United States District Judge