# Exhibit H – Filed Under Seal

*Pursuant to April 25, 2013 Protective Order*