UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD (M) INTERNATIONAL, INC., and PREFERRED GUEST, INC.,<br><br>                       Plaintiffs,<br><br>   - against -<br><br>PM HOTEL ASSOCIATES, L.P. and PARKER PALM SPRINGS LLC,<br><br>                       Defendants. | 13 Civ. 38 (KF)<br><br>**Notice of Appearance** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Emilie B. Cooper of Kasowitz, Benson, Torres & Friedman LLP, hereby appears in the above-captioned action as counsel to Defendants, certifies that she is admitted to practice in this court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:     September 23, 2013
             New York, New York

                              **KASOWITZ, BENSON,**
                                 **TORRES & FRIEDMAN LLP**

                         By:   /s/ Emilie B. Cooper
                              Emilie B. Cooper  (ecooper@kasowitz.com)

                             1633 Broadway
                             New York, New York 10019
                             Tel. (212) 506-1932

                         *Attorney for Defendants*