```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 4 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STARWOOD HOTELS & RESORTS
WORLDWIDE, et al.,

                    Plaintiffs,

          -v-

PM HOTEL ASSOCIATES, L.P. AND
PARKER PALM SPRINGS LLP,

                    Defendants.
------------------------------------------------------------X

13 Civ. 38 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

Parker's letter-motion to compel discovery concerning "other hotels" is DENIED. The Court has already allowed limited discovery and is unconvinced that the facts elicited as part of that exercise show relevance in any way that is direct enough to justify the burden of additional discovery. The discovery sought (Parker's September 16, 2013 letter at p. 3) is also extremely broad and burdensome. The trier of fact here will weigh the relationship between the parties before this Court in this action, and their contract. Let's stick to our knitting.

To the extent that the parties still dispute Starwood's designation of three documents as confidential, the Court will not lift the confidentiality order.

      SO ORDERED.

Dated:     New York, New York
            September 24, 2013

                                      _____
                                      KATHERINE B. FORREST
                                      United States District Judge