USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 8 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STARWOOD HOTELS & RESORTS
WORLDWIDE, INC., STARWOOD (M)
INTERNATIONAL, INC. and PREFERRED
GUEST, INC.,

                Plaintiffs,

- vs. -

PM HOTEL ASSOCIATES, L.P. and PARKER
PALM SPRINGS LLC,

                Defendants.
------------------------------------x

13-CV-38 (KBF) (JLC)

STIPULATION AND
~~[PROPOSED]~~ ORDER OF
DISMISSAL WITH PREJUDICE

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for all the parties who have appeared in this action, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court, and the Clerk of the Court is directed to terminate this case.

Dated: October 24, 2013

BRYAN CAVE LLP

By: /s/ Noah M. Weissman
Noah M. Weissman

1290 Avenue of the Americas
New York, New York 10104
T: (212) 541-2000

*Attorneys for Plaintiffs*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Marc E. Kasowitz
Marc E. Kasowitz

1633 Broadway
New York, New York 10019
T: (212) 506-1700

*Attorneys for Defendants*

SO ORDERED

Dated:   New York, New York
         October 28, 2013

/s/ K. B. Forrest
KATHERINE B. FORREST
United States District Judge